sage
PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 10/10/2026, Dawn Bogguess

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Eastern District of North Carolina.

Case number: 26-03971

Certificate number: NCE26-039715071998

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance